# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MGFB PROPERTIES, INC. et al.,

    *Plaintiffs,*

v..            Case No.: 5:19-cv-00257-RH/MJF

VIACOM INC. et al.,

    *Defendants.*

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Troy A. Rafferty, and hereby enters this notice of appearance.

NOTICE OF APPEARANCE to the clerk of court and all parties of record: I am admitted to practice before this Honorable Court, and I appear in this case as counsel for the Plaintiff(s) in the above styled matter.

I respectfully request that all orders, pleadings, papers, documents and correspondence served in this action also be served on the Plaintiff(s) by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders.

Troy A. Rafferty (FL Bar #024120)
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7101
Fax: 850-436-6123
Email: trafferty@levinlaw.com


Respectfully submitted this 26th day of February, 2021.

Troy A. Rafferty (FL Bar #024120)
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7101
Fax: 850-436-6123
Email: trafferty@levinlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This  26th  day of February, 2021.

/s/ Troy A. Rafferty
Troy A. Rafferty