UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

    Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC (collectively, "Defendants") respectfully move this Court for entry of summary judgment in their favor on all claims in the Complaint filed by Plaintiffs MGFB Properties, Inc., Flora-Bama Management, LLC, and Flora-Bama Old S.A.L.T.S., Inc. (collectively, "Plaintiffs").

This motion for summary judgment is supported by the accompanying Memorandum of Law, the contemporaneously filed Declaration of Susan J. Kohlmann and all exhibits thereto, any reply memorandum of law to be submitted

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**



in further support of Defendants' motion, and any other briefing, argument, or other materials requested by the Court to resolve this matter. Pursuant to an Order of the Court, this motion and all supporting materials are being filed provisionally under seal. *See* Dkt. 85.

WHEREFORE, Defendants respectfully request that, pursuant to Federal Rule of Civil Procedure 56, this Court enter an Order entitling Defendants to summary judgment on all claims alleged by Plaintiffs in the Complaint and grant any other and further relief as justice may require.

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

Respectfully submitted this 26th day of April, 2021.

By: /s/ Susan J. Kohlmann
Susan J. Kohlmann (*Pro Hac Vice*)
Alison I. Stein (*Pro Hac Vice*)
Rémi J.D. Jaffré (*Pro Hac Vice*)
Jacob L. Tracer (*Pro Hac Vice*)
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
skohlmann@jenner.com
astein@jenner.com
rjaffre@jenner.com
jtracer@jenner.com

Robert W. Pass (FL Bar #183169)
CARLTON FIELDS, P.A.
215 South Monroe Street, Suite 500
Tallahassee, FL 32301
Tel: (850) 224-1585
Fax: (850) 222-0398
rpass@carltonfields.com

*Counsel for Defendants*

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1

Pursuant to N.D. Fla. Local Rule 7.1, I hereby certify that this Motion for Summary Judgment is in compliance with the Court's word limit. According to the word processing program used to prepare this motion, the total number of words in the motion, inclusive of headings, footnotes, and quotations, and exclusive of the case style, signature block, and any certificate of service is 176.

| | |
|---|---|
| Date:  April 26, 2021 | By:  /s/ Susan J. Kohlmann  <br>Susan J. Kohlmann (*Pro Hac Vice*)  <br>JENNER & BLOCK LLP  <br>919 Third Avenue, 38th Floor  <br>New York, NY 10022  <br>Tel: (212) 891-1600  <br>Fax: (212) 891-1699  <br>skohlmann@jenner.com |

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the foregoing provisionally under seal and served electronic copies to all counsel of record pursuant to an agreement among the parties.

Date:   April 26, 2021            By:   /s/ Susan J. Kohlmann
                                        Susan J. Kohlmann (*Pro Hac Vice*)
                                        JENNER & BLOCK LLP
                                        919 Third Avenue, 38th Floor
                                        New York, NY 10022
                                        Tel: (212) 891-1600
                                        Fax: (212) 891-1699
                                        skohlmann@jenner.com

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**