

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

    Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

    Defendants.

## DECLARATION OF SUSAN J. KOHLMANN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Susan J. Kohlmann, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner with the law firm of Jenner & Block LLP, counsel for Defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC (collectively, "Defendants"). I am admitted *Pro Hac Vice* to practice before this Court. I submit this Declaration in support of Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. The statements made in this Declaration are based on my personal knowledge and my review of and

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

familiarity with the record in this case. If called upon to testify as a witness, I would testify as to the following:

2. Submitted herewith as **Exhibit 1** is a true and correct copy of a screenshot of http://www.florabama.com/ABOUT (last visited on April 23, 2021).

3. Submitted herewith as **Exhibit 2** is a true and correct copy of a screenshot of http://www.florabama.com (last visited on April 23, 2021).

4. Submitted herewith as **Exhibit 3** is a true and correct copy of a screenshot of https://www.instagram.com/p/B8wuozhpsYD/?hl=en (last visited on April 23, 2021).

5. Submitted herewith as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Cheryl Spencer, held on November 9, 2020.

6. Submitted herewith as **Exhibit 5** is a true and correct copy of a compilation of cease-and-desist letters sent by Plaintiffs to various third parties.

7. Submitted herewith as **Exhibit 6** is a true and correct copy of excerpts of the deposition transcript of John McInnis, held on November 12, 2020.

8. Submitted herewith as **Exhibit 7** is a true and correct copy of excerpts of the deposition transcript of Jackie French as a 30(b)(6) witness, held on December 17, 2020.

9. Submitted herewith as **Exhibit 8** is a true and correct copy of excerpts of the deposition transcript of Chris McCarthy, held on December 3, 2020.

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

10. Submitted herewith as **Exhibit 9** is a true and correct copy of excerpts of the deposition transcript of Nina Diaz, held on December 15, 2020.

11. Submitted herewith as **Exhibit 10** is a true and correct copy of excerpts of the deposition transcript of Drew Tappon as a 30(b)(6) witness, held on October 14, 2020.

12. Submitted herewith as **Exhibit 11** is a true and correct copy of excerpts of the deposition transcript of Jackie French, held on November 24, 2020.

13. Submitted herewith as **Exhibit 12** is a true and correct copy of Plaintiffs' October 30, 2017 cease-and-desist letter sent to Viacom Media Networks ("Viacom").

14. Submitted herewith as **Exhibit 13** is a true and correct copy of Viacom's November 2, 2017 letter to Plaintiffs.

15. Submitted herewith as **Exhibit 14** is a true and correct copy of a document produced by ViacomCBS in this action bearing the beginning Bates stamp of VIA00033280.

16. Submitted herewith as **Exhibit 15** is a true and correct copy of a document produced by ViacomCBS in this action bearing the beginning Bates stamp of VIA00017054.

17. Submitted herewith as **Exhibit 16** is a true and correct copy of excerpts of the deposition transcript of John McInnis as a 30(b)(6) witness, held on January

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

15, 2021.

18. Submitted herewith as **Exhibit 17** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00040752.

19. Submitted herewith as **Exhibit 18** is a true and correct copy of a screenshot of https://arc-sos.state.al.us/cgi/corpname.mbr/output (last visited April 15, 2021).

20. Submitted herewith as **Exhibit 19** is a true and correct copy of a screenshot of search.sunbiz.org/Inquiry/CorporationSearch/SearchResults/EntityName/Flora Bama/Page1?searchNameOrder=FLORABAMA (last visited April 15, 2021).

21. Submitted herewith as **Exhibit 20** is a true and correct copy of excerpts of the deposition transcript of David Franklyn, held on April 2, 2021.

22. Submitted herewith as **Exhibit 21** is a true and correct copy of excerpts of the deposition transcript of Itamar Simonson, held on March 24, 2021.

23. Submitted herewith as **Exhibit 22** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00046732.

24. Submitted herewith as **Exhibit 23** is a true and correct copy of a document produced by ViacomCBS in this action bearing the beginning Bates stamp

of VIA00017391.

25. Submitted herewith as **Exhibit 24** is a true and correct copy of excerpts of the deposition transcript of Jennifer Parnell as a 30(b)(6) witness, held on December 16, 2020.

26. Submitted herewith as **Exhibit 25** is a true and correct copy of a document produced by ViacomCBS in this action bearing the beginning Bates stamp of VIA00033269.

27. Submitted herewith as **Exhibit 26** is a true and correct copy of the January 22, 2021 expert report of David Franklyn.

28. Submitted herewith as **Exhibit 27** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00038662.

29. Submitted herewith as **Exhibit 28** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00038837.

30. Submitted herewith as **Exhibit 29** is a true and correct copy of excerpts of the deposition transcript of Jennifer Parnell, held on October 22, 2020.

31. Submitted herewith as **Exhibit 30** is a true and correct copy of ViacomCBS's December 9, 2019 Answers and Objections to Plaintiffs First Set of Interrogatories.

32. Submitted herewith as **Exhibit 31** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00046768.

33. Submitted herewith as **Exhibit 32** is a true and correct copy of an excerpt of a document produced by ViacomCBS in this action bearing the beginning Bates stamp of VIA00033266.

34. Submitted herewith as **Exhibit 33** is a true and correct copy of the January 22, 2021 expert report of Dr. Itamar Simonson.

35. Submitted herewith as **Exhibit 34** is a true and correct copy of Plaintiffs' May 22, 2020 Amended Answers and Objections to Defendants' First Set of Interrogatories.

36. Submitted herewith as **Exhibit 35** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00043299.

37. Submitted herewith as **Exhibit 36** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00041527.

38. Submitted herewith as **Exhibit 37** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00044126.

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

39. Submitted herewith as **Exhibit 38** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00029939.

40. Submitted herewith as **Exhibit 39** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00044353.

41. Submitted herewith as **Exhibit 40** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00044849.

42. Submitted herewith as **Exhibit 41** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00041537.

43. Submitted herewith as **Exhibit 42** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00043270.

44. Submitted herewith as **Exhibit 43** is a true and correct copy of a document produced by Plaintiffs in this action bearing the beginning Bates stamp of MGFB00039490.

45. Submitted herewith as **Exhibit 44** is a true and correct copy of excerpts of the deposition transcript of Michael Albrecht, held on March 18, 2021.

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

46. Submitted herewith as **Exhibit 45** is a true and correct copy of excerpts of the deposition transcript of Jason McDonald, held on March 31, 2021.

47. Submitted herewith as **Exhibit 46** is a true and correct copy of excerpts of the deposition transcript of Walter Bratic, held on March 22, 2021.

48. Submitted herewith as **Exhibit 47** is a true and correct copy of excerpts of the deposition transcript of SallyAnn Salsano, held on March 12, 2020.

New York, New York  
Dated: April 26, 2021

By: /s/ Susan J. Kohlmann  
Susan J. Kohlmann (*Pro Hac Vice*)  
JENNER & BLOCK LLP  
919 Third Avenue, 38th Floor  
New York, NY 10022  
Tel: (212) 891-1600  
Fax: (212) 891-1699  
skohlmann@jenner.com

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the foregoing provisionally under seal and served electronic copies to all counsel of record pursuant to an agreement among the parties.

Date:   April 26, 2021               By:   /s/ Susan J. Kohlmann
                                           Susan J. Kohlmann (*Pro Hac Vice*)
                                           JENNER & BLOCK LLP
                                           919 Third Avenue, 38th Floor
                                           New York, NY 10022
                                           Tel: (212) 891-1600
                                           Fax: (212) 891-1699
                                           skohlmann@jenner.com

**UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL**