UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-
BAMA MANAGEMENT, LLC, and
FLORA-BAMA OLD S.A.L.T.S., INC.,

      Plaintiffs,

vs.

VIACOMCBS INC., 495
PRODUCTIONS HOLDINGS LLC, and
495 PRODUCTIONS SERVICES LLC,

      Defendants.

_____

## **DEFENDANTS' RESUBMITTED DEPOSITION DESIGNATIONS**

To facilitate the Court's review in advance of trial and to ensure that the exhibits attached to this submission are adequately described on the docket, Defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC (collectively the "Defendants") resubmit the following deposition designations, counter-designations, reply designations, and accompanying objections:

Exhibit 1: Blakeli Calvert

Exhibit 2: Jackie French (in her capacity as a fact witness)

Exhibit 3: Jackie French (in her capacity as a Rule 30(b)(6) witness)

Exhibit 4: Joe Gilchrist

Exhibit 5: Phil Lalonde

Exhibit 6: Jacqueline Parkes

Exhibit 7: Rod Peevy

Exhibit 8: SallyAnn Salsano

Exhibit 9: Cheryl Spencer

Exhibit 10: Drew Tappon

For the Court's convenience, Defendants have separately provided copies of the above-referenced deposition transcripts to chambers. The parties have met and conferred in an attempt to resolve objections to the attached designations. If the Court requires any additional information, Defendants will work to quickly provide any requested materials.

Respectfully submitted,

Date: June 29, 2021

/s/ Susan J. Kohlmann
Susan J. Kohlmann (*Pro Hac Vice*)
Alison I. Stein (*Pro Hac Vice*)
Rémi J.D. Jaffré (*Pro Hac Vice*)
Jacob L. Tracer (*Pro Hac Vice*)
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
skohlmann@jenner.com
astein@jenner.com
rjaffre@jenner.com
jtracer@jenner.com

Robert W. Pass (FL Bar #183169)
CARLTON FIELDS, P.A.
215 South Monroe Street, Suite 500
Tallahassee, FL 32301
Tel: (850) 224-1585
Fax: (850) 222-0398
rpass@carltonfields.com

*Counsel for Defendants*