# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>July 9, 2021</u>                                          Case No.: <u>5:19cv257-RH</u>
Time: <u>1:30 – 4:11 p.m.</u>

MGFB PROPERTIES, INC. et al. v. VIACOMCBS INC. et al.

DOCKET ENTRY:  Telephonic Pretrial Conference held.  Court hears argument of counsel on pending motions.  Parties discuss trial.  Ruling by Court:  Parties will respond to motions by July 23.  An order will be entered after that time with rulings on the motions.  Trial will be rescheduled.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**


<u>Cindy Markley</u>                        <u>Lisa Snyder</u>
Deputy Clerk                        Court Reporter


ATTORNEYS APPEARING FOR PLAINTIFFS:
Fred Perkins
William Cash
Joshua Harris
Troy Rafferty
Brandon Bogle


ATTORNEYS APPEARING FOR DEFENDANTS:
Susan Kohlmann
Alison Stein
Christine Davis
Jacob Tracer
Remi Jaffre
Robert Pass