Message

| | |
|---|---|
| **From**: | Candice Blake [candice@florabama.com] |
| **Sent**: | 3/7/2013 1:58:44 PM |
| **To**: | Lauren Rosenberg [lrosenberg@51minds.com] |
| **CC**: | John McInnis III [john@florabama.com]; Pat McClellan [pat@florabama.com] |
| **Subject**: | Re: TV Opportunity... |

Awesome, I will get those to you soon.

When is the best time for the Skype call with Pat?

On Thu, Mar 7, 2013 at 1:23 PM, Lauren Rosenberg <lrosenberg@51minds.com> wrote:
Great! My address is below. Thanks.
--
Lauren Rosenberg
Manager of Development

Never Nominated Productions
51 Minds Entertainment
5200 Lankershim Blvd.
Suite 200
North Hollywood, CA 91601
Office: 818.643.8265
Cell: 818.399.3239

---

**From:** John McInnis III <john@florabama.com>
**Date:** Thu, 7 Mar 2013 12:56:29 -0600
**To:** "lrosenberg@51minds.com" <lrosenberg@51minds.com>
**Cc:** 'Candice Blake' <candice@florabama.com>
**Subject:** RE: TV Opportunity...


Lauren



Sorry for the delay. We are swamped setting up for season. Candice will work with you to set up a Skype interview with my partner Pat Mcleland for a start. Please give her a mailing address and she will send you two documentaries on the FloraBama that you need to watch.



Last American Roadhouse and Mullet Men


---

**From:** Lauren Rosenberg [mailto:lrosenberg@51minds.com]
**Sent:** Thursday, February 28, 2013 8:26 PM
**To:** John McInnis
**Subject:** Re: TV Opportunity...



CONFIDENTIAL    MGFB00043636

Hi John,

I hope you've been well.  I just wanted to follow up with you regarding the Skype sessions I wanted to do with your some of your star, television-worthy staff.  Let me know how you want to go about setting.  Have a great evening.

All best,

Lauren

---

**From:** Candice Blake <candice@florabama.com>
**Date:** Thu, 21 Feb 2013 12:34:27 -0600
**To:** John McInnis <john@florabama.com>, "lrosenberg@51minds.com" <lrosenberg@51minds.com>
**Subject:** TV Opportunity...

John,

Here is Lauren's information so that you can give her a call after lunch.

Lauren Rosenberg
Never Nominated Productions

51 Minds Entertainment
5200 Lankershim Blvd.
North Hollywood, CA 91601
Office: 818.643.8265
Cell: 818.399.3239

--
**Candice Blake**

# Marketing/PR

# Flora-Bama

# (205) 960-1887

# candice@florabama.com

CONFIDENTIAL                                                                                                                                                MGFB00043637

--
**Candice Blake**
Marketing/PR
Flora-Bama
(205) 960-1887
candice@florabama.com

CONFIDENTIAL MGFB00043638