UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

    Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

    Defendants.

**JOINT MOTION TO MAINTAIN THE CONFIDENTIALITY OF CERTAIN INFORMATION AND DOCUMENTS PROVISIONALLY FILED UNDER SEAL**

Plaintiffs MGFB Properties, Inc., Flora-Bama Management, LLC, and Flora-Bama Old S.A.L.T.S., Inc. (collectively, "Plaintiffs") and Defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC (collectively, "Defendants") respectfully move this Court for an order granting the continued sealing of designated confidential information and documents. Plaintiffs and Defendants (collectively, the "Parties") previously submitted motions to maintain the confidentiality of certain information and documents (Dkts. 155, 156), which the Court granted on the record at the telephonic pretrial conference held on

July 9, 2021 (Dkt. 159).  In particular, the Court permitted the continued sealing of information about the Parties' financial information and personally identifiable information of Defendants' employees.  *See* Dkt. 160 at 75:21.  The Parties now seek approval to implement the Court's confidentiality rulings primarily to their Motions in Limine (Dkts. 135-148, 162-173).

Defendants seek to maintain the confidentiality of two documents that reveal specific financial data related to revenues ViacomCBS generated in connection with *MTV Floribama Shore*:

- Defendants' Motion in Limine to Exclude Certain Evidence and Testimony Related to Damages (Dkt. 137) at 14; and

- Exhibit 4 to the Kohlmann Declaration in Support of Defendants' Motion in Limine to Exclude Certain Evidence and Testimony Related to Damages (Dkt. 138) in its entirety.

Plaintiffs' seek to maintain the confidentiality of two documents.  These two documents reveal specific financial data related to revenues, budgets, and expenses of Plaintiffs:

- Defendants' Motion in Limine to Exclude Certain Evidence and Testimony Related to Damages (Dkt. 138) at 3; and,

- Plaintiffs' Motion in Limine #2: Spending on Corrective Advertising (Dkt. 163) at 1.

Additionally, upon further review, Plaintiffs have also identified additional material from the summary judgment and *Daubert* filings that they now seek to maintain under seal. Plaintiffs seek to maintain the confidentiality of one document. This document reveals specific financial data related to revenues, budgets, and expenses of Plaintiffs:

- Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. 104) at 22, 27, and 34.

WHEREFORE, the Parties request that the Court enter an order authorizing the continued sealing of the above-referenced documents. Within ten days of the entry of such an order, the Parties will arrange for the public disclosure of all remaining information on the docket that is not subject to a sealing order.

Date: August 13, 2021

| /s/ Joshua R. Harris | /s/ Susan J. Kohlmann |
|---|---|
| Joshua R. Harris (FL Bar #124124) | Susan J. Kohlmann (*Pro Hac Vice*) |
| Troy Rafferty (FL Bar #024120) | Alison I. Stein (*Pro Hac Vice*) |
| Matthew D. Schultz (FL Bar #640328) | Rémi J.D. Jaffré (*Pro Hac Vice*) |
| William F. Cash III (FL Bar #68443) | Jacob L. Tracer (*Pro Hac Vice*) |
| Brandon Bogle (FL Bar #52624) | JENNER & BLOCK LLP |
| LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR AND MOUGEY, P.A. | 919 Third Avenue, 38th Floor |
| | New York, NY 10022 |
| 316 S. Baylen St., Suite 600 | Tel: (212) 891-1600 |
| Pensacola, FL 32502-0502 | Fax: (212) 891-1699 |
| Tel: (850) 435-7018 | skohlmann@jenner.com |
| Fax: (850) 436-6018 | astein@jenner.com |
| jharris@levinlaw.com | rjaffre@jenner.com |
| trafferty@levinlaw.com | jtracer@jenner.com |

mschultz@levinlaw.com
bcash@levinlaw.com

Fred H. Perkins (*Pro Hac Vice*)
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Tel:   (212) 735-8647
Fax:   (212) 522-3147
fhperkins@morrisoncohen.com

*Counsel for Plaintiffs*

Robert W. Pass (FL Bar #183169)
CARLTON FIELDS, P.A.
215 South Monroe Street, Suite 500
Tallahassee, FL 32301
Tel: (850) 224-1585
Fax: (850) 222-0398
rpass@carltonfields.com

*Counsel for Defendants*

### **CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to N.D. Fla. Local Rule 7.1, I hereby certify that this motion is in compliance with the Court's word limit.  According to the word processing program used to prepare this motion, the total number of words in the motion, inclusive of headings, footnotes, and quotations, and exclusive of the case style, signature block, and any certificate of service is 372.

Date:   August 13, 2021            By:   /s/ Susan J. Kohlmann
                                         Susan J. Kohlmann (*Pro Hac Vice*)
                                         JENNER & BLOCK LLP
                                         919 Third Avenue, 38th Floor
                                         New York, NY 10022
                                         Tel: (212) 891-1600
                                         Fax: (212) 891-1699
                                         skohlmann@jenner.com

## CERTIFICATE OF SERVICE

I certify that on August 13, 2021, I filed the foregoing using the CM/ECF system, which will send notification to all counsel of record.

| | |
|---|---|
| Date: August 13, 2021 | By: /s/ Susan J. Kohlmann |
| | Susan J. Kohlmann (*Pro Hac Vice*) |
| | JENNER & BLOCK LLP |
| | 919 Third Avenue, 38th Floor |
| | New York, NY 10022 |
| | Tel: (212) 891-1600 |
| | Fax: (212) 891-1699 |
| | skohlmann@jenner.com |