IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MGFB PROPERTIES, INC., FLORA-
BAMA MANAGEMENT, LLC, and
FLORA-BAMA OLD S.A.L.T.S., INC.,

      Plaintiffs,

v.                                                  Case No. 5:19-cv-257-RH/MJF

VIACOMCBS INC., 495 PRODUCTIONS
HOLDINGS LLC, and 495 PRODUCTIONS
SERVICES, LLC,

      Defendants.
_____/

## JUDGMENT

This case was resolved by summary judgment. All claims of the plaintiffs MGFB Properties, Inc., Flora-Bama Management, LLC, and Flora-Bama Old S.A.L.T.S., Inc. against the defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC are dismissed with prejudice on the merits.

                                                    JESSICA J. LYUBLANOVITS,
                                                    CLERK OF COURT

September 22, 2021                s/ Jeremy Wright
DATE                                      Deputy Clerk