```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
 2                    PANAMA CITY DIVISION
 3     -------------------------------
       MGFB PROPERTIES, INC., et al.,:CASE NO.
 4                                    :5:19cv257-RH-MJF
              Plaintiffs,             :
 5     -vs-                           :
                                      :
 6     VIACOMCBS, INC., et al.,       :
                                      :
 7            Defendants.             :
       -------------------------------
 8
 9
                            -  -  -
10                   DECEMBER 17, 2020
                            -  -  -
11
12
13
14            Oral videotaped deposition of
15       JACKIE FRENCH 30(b)(6), taken via Zoom, at
16       the location of the witness, on the above
17       date, before Margaret M. Reihl, RPR, CCR,
18       CRR, and Notary Public, commencing at
19       10:03 a.m.
20
21
22
23          GOLKOW LITIGATION SERVICES
          877.370.3377  ph/917.591.5672 fax
24               deps@golkow.com
25
```

```
 1   A P P E A R A N C E S : via Zoom
 2
     LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 3   RAFFERTY & PROCTOR, P.A.
     BY:  JOSHUA HARRIS, ESQUIRE
 4   316 South Baylen Street, Suite 600
     Pensacola, Florida  32502
 5   (850) 435-7000
     jharris@levinlaw.com
 6           AND
     MORRISON COHEN, L.L.P.
 7   BY:  FRED H. PERKINS, ESQUIRE
          CHELSEY DAVIS
 8   909 Third Avenue
     New York, New York  10022
 9   (212) 735-8600
     fhperkins@morrisoncohen.com
10   Representing the Plaintiffs
11
     JENNER & BLOCK, L.L.P.
12   BY:  SUSAN J. KOHLMANN, ESQUIRE
          BRITTANY R. LAMB, ESQUIRE
13   919 Third Avenue
     New York, New York  10022-3908
14   (212) 891-1622
     skohlmann@jenner.com
15   Representing the Defendants
16
     ALSO PRESENT:  BRITTANY L. KAPLAN-PETERSON
17                  IN-HOUSE COUNSEL VIACOM
18                  DAVID LANE, VIDEOGRAPHER
19
20
21
22
23
24
25
```

```
 1          policies and procedures, it has nothing to
 2          do with Floribama Shore, it's very
 3          general, at least as you have defined that
 4          topic, and with respect to number 1, it's
 5          about the Floribama and Floribama Shore
 6          marks in terms of its selection, creation,
 7          design, development and adoption.  It has
 8          nothing to do with what Viacom believes or
 9          does not believe legally to be part of its
10          portfolio.
11                  MR. PERKINS:  Okay.
12                  MS. KOHLMANN:  Totally improper to
13          ask this witness.
14                  MR. PERKINS:  We disagree.
15                  MS. KOHLMANN:  I will let you go a
16          little further, and then we should move
17          on.
18                  MR. PERKINS:  I note your objection
19          for the record.
20   BY MR. PERKINS:
21          Q.    So the question that I've asked,
22   which I don't believe you've answered --
23          A.    I have not answered.
24          Q.    Okay.  Let me repeat that.  Is you
25   see what's now been marked as Exhibit 29 and that
```

 1   it has the language that I read to you before, the
 2   "MTV, MTV Floribama Shore and all related titles
 3   and logos are trademarks of Viacom International
 4   Inc."
 5           Do you see that in the closing credits?
 6       A.    I see that.
 7             MS. KOHLMANN:  I'm sorry, Fred, if
 8       you could represent, maybe you said it and
 9       I missed it, where did you get this from?
10       What is this?
11             MR. PERKINS:  I did say it before,
12       but I'll repeat it again.  This is a
13       picture which I have taken from an
14       internet streaming exhibition of the first
15       episode of Floribama Shore.
16   BY MR. PERKINS:
17       Q.    So and do you understand that
18   Floribama and Floribama Shore are related titles
19   to MTV Floribama Shore?
20             MS. KOHLMANN:  Same objection.  You
21       can answer it, if you can.
22             THE WITNESS:  Do I understand that
23       they're related titles?
24   BY MR. PERKINS:
25       Q.    Yes.

Jackie French

```
 1            A.    I mean, are you asking me like in
 2    an official capacity to interpret what was meant
 3    by this, right here?
 4            Q.    Well, I'm asking you -- you see the
 5    language on the screen --
 6            A.    I do, I do.
 7            Q.    -- as related titles.
 8            You understand, do you not, that MTV
 9    Viacom uses Floribama Shore in social media, for
10    example, on many occasions without the MTV
11    trademark or logo?
12            You understand that?
13                  MS. KOHLMANN:  Objection.  You can
14            answer.
15                  THE WITNESS:  Yeah, in the
16            shorthand, maybe they do, yeah.
17    BY MR. PERKINS:
18            Q.    So I'm asking you as a
19    representative of Viacom, if Floribama Shore and
20    Floribama are "related titles and logos" to MTV
21    Floribama Shore?
22                  MS. KOHLMANN:  Again, objection for
23            all the reasons I've stated and asks for a
24            legal conclusion.  You can answer, if you
25            can.
```

```
 1                THE WITNESS:  Yeah, I guess.  I
 2          guess, yes, that they would be related
 3          titles.
 4   BY MR. PERKINS:
 5        Q.    Okay.  And you don't dispute that
 6   Floribama Shore, without MTV, is used regularly by
 7   Viacom to promote the show in social media?
 8                MS. KOHLMANN:  Objection.  You can
 9          answer.
10                THE WITNESS:  I mean, it's not
11          supposed to be because we are supposed to
12          use the -- you know, the title of the
13          show.  If it is, I think it's a lazy
14          shorthand.
15   BY MR. PERKINS:
16        Q.    Was looking for a document, one
17   second.  Let's have marked -- well, before I do
18   that, you recall testifying previously that you
19   were involved in the issuance of the press
20   releases for Floribama Shore; is that correct?
21        A.    I was involved in -- what do I want
22   to say?  Editing them, you know, like reading them
23   and giving notes on them.
24        Q.    Were you also involved in approving
25   them?
```

1              as French Deposition Exhibit No. 30.)

2     BY MR. PERKINS:

3          Q.    Okay.  And do you recognize this to

4     be the press release issued by MTV regarding

5     Floribama Shore on or about October 30th, 2017?

6          A.    That's what it seems to be, yes.

7          Q.    And do you see -- can you turn to

8     the second page of this exhibit, and midway down

9     the page, do you see that it says, "The party

10    continues at" and then there's an at sign,

11    "FloribamaShore all season long on Facebook,

12    Twitter and Instagram"?

13         A.    I see that.

14         Q.    And do you understand that to be a

15    reference to the approved MTV hashtag or Twitter

16    handle or social media designation for the show on

17    Facebook, Twitter and Instagram?

18               MS. KOHLMANN:  Objection as to

19         form.  You can answer.

20               THE WITNESS:  Yes, that's what that

21         seems to be.

22    BY MR. PERKINS:

23         Q.    So when I asked you earlier that

24    there's no dispute, is there, that MTV has used

25    Floribama Shore by itself as a name in social

```
 1   media, that would be correct; there's no dispute
 2   about that, right?
 3                MS. KOHLMANN:  Objection as to
 4        form.  You can answer.
 5                THE WITNESS:  Yes.
 6   BY MR. PERKINS:
 7        Q.    Now, if Netflix -- Netflix is a
 8   competitor of Viacom; is that correct?  Withdrawn,
 9   withdrawn, doesn't matter.
10        A.    There is content for Netflix, so,
11   you know.
12        Q.    Right.  Would Viacom object if
13   Netflix put out a show without Viacom's
14   authorization entitled F-L-O-R-B-A-M-A, Florbama
15   Shore, would Viacom object to that?
16                MS. KOHLMANN:  Objection.  You can
17        answer.
18                THE WITNESS:  They would likely
19        object.
20   BY MR. PERKINS:
21        Q.    And they would object because they
22   would be concerned that there might be confusion
23   as to whether Netflix's show would be associated
24   or connected or affiliated in some way with
25   Viacom's TV show Floribama Shore; is that correct?
```

1                 MS. KOHLMANN:  Same objection.  You
2          can answer.
3                 THE WITNESS:  Yes, among other
4          things, probably yes.
5    BY MR. PERKINS:
6          Q.    And if Netflix used a hashtag in
7    social media or an asset in social media entitled
8    F-L-O-R-B-A-M-A Shore, would Viacom object to that
9    as well?
10                MS. KOHLMANN:  Same objection.
11                THE WITNESS:  Likely.  In the
12         social media realm I am a little less
13         confident, but likely they would object.
14   BY MR. PERKINS:
15         Q.    And would Viacom object if Netflix
16   then put that term, Florbama Shore on merchandise,
17   T-shirts, coffee mugs and other merchandise?
18                MS. KOHLMANN:  Objection.  You can
19         answer.
20                THE WITNESS:  I don't know.
21   BY MR. PERKINS:
22         Q.    It may not -- you don't think that
23   Viacom would find that objectionable?
24                MS. KOHLMANN:  Objection.  You can
25         answer.

```
 1                MS. KOHLMANN:  Objection as to
 2         form.  You can answer.
 3                THE WITNESS:  I guess not, because
 4         it went out.  That comes from the social
 5         media people.
 6   BY MR. PERKINS:
 7         Q.    And, to your knowledge, did anyone
 8   at Viacom object to the usage of Floribama Shore
 9   as a social media term by Viacom to promote the
10   show without the MTV word included in the hashtag?
11         A.    I don't know.
12         Q.    So, to your knowledge, no?
13         A.    To my knowledge, no.
14                MR. PERKINS:  Let's have marked as
15         French Exhibit 33 an e-mail Bates stamped
16         Viacom -- VIA 21063 and dated April 28th,
17         2017.
18                (Document marked for identification
19         as French Deposition Exhibit No. 33.)
20                THE WITNESS:  Got it.
21   BY MR. PERKINS:
22         Q.    You see this is an e-mail chain on
23   which you are on?
24         A.    I do.  Let me just scroll to the
25   bottom.
```

```
 1              MS. KOHLMANN:  Same objection as to
 2         scope.  You can answer.
 3              THE WITNESS:  We talked about this
 4         a lot before.  The whole point of
 5         Floribama Shore was to imitate Jersey
 6         Shore.  So and Jersey Shore very
 7         successfully portrayed a subculture that
 8         they affectionately call themselves
 9         guidos.  It was a -- it was not about
10         geography as much as it was about how they
11         identified in this culture that they
12         identified with.  So some of the cast was
13         from Jersey, some of the cast was from New
14         York.  Paulie is from Rhode Island.  So it
15         was all about the idea that these people
16         of a certain like mind and of a certain
17         like culture did this thing every year,
18         where they went to the Jersey Shore and,
19         you know, rented a house with their
20         friends, blah, blah, blah.
21              That's what point number 1 is in
22         that the idea for Floribama Shore was the
23         same thing, that we would cast this group
24         of people, find that subculture that we
25         were looking for, find some commonality
```

```
 1              C E R T I F I C A T I O N
 2                   I, MARGARET M. REIHL, a
 3         Registered Professional Reporter,
 4         Certified Realtime Reporter, Certified
 5         Court Reporter, Certified LiveNote
 6         Reporter and Notary Public, do hereby
 7         certify that the foregoing is a true and
 8         accurate transcript of the testimony as
 9         taken stenographically, by and before me,
10         remotely, via Zoom, to the best of my
11         ability, and on the date hereinbefore set
12         forth.
13                   I DO FURTHER CERTIFY that I am
14         neither a relative nor employee nor
15         attorney nor counsel of any of the parties
16         to this action, and that I am neither a
17         relative nor employee of such attorney or
18         counsel, and that I am not financially
19         interested in the action.
20
21         [signature: Margaret M. Reihl]
22         ---------------------------------------------
           Margaret M. Reihl, RPR, CRR, CLR
23         CCR License #XI01497
           NCRA License #047425
24
25
```