| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-05-03 00:13:44 EDT |
| **Mark:** | JERSEY SHORE |

# JERSEY SHORE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85418686 | **Application Filing Date:** | Sep. 09, 2011 |
| **US Registration Number:** | 4224371 | **Registration Date:** | Oct. 16, 2012 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 13, 2023 | | |

**Publication Date:** Jul. 31, 2012

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | JERSEY SHORE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Acquired Distinctiveness Claim:** | In whole |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | ENTERTAINMENT SERVICES IN THE NATURE OF CONTINUING PROGRAM SERIES, FEATURING LIVE ACTION, COMEDY AND DRAMA PROVIDED THROUGH CABLE TELEVISION, [ BROADCAST TELEVISION, ] INTERNET, VIDEO-ON-DEMAND, AND THROUGH OTHER DISTRIBUTION PLATFORMS; PROVIDING ONLINE INFORMATION IN THE FIELD OF ENTERTAINMENT CONCERNING TELEVISION PROGRAMS |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Dec. 03, 2009 |
| **Use in Commerce:** | Dec. 03, 2009 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** VIACOM INTERNATIONAL INC.
**Owner Address:** 1515 Broadway, 34th Floor
New York, NEW YORK UNITED STATES 10036
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Markus Hopkins
**Attorney Primary Email Address:** markus.hopkins@paramount.com
**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Markus Hopkins
1515 Broadway, 34th Floor
NEW YORK, NEW YORK UNITED STATES 10036
**Phone:** 212-975-4321
**Correspondent e-mail:** trademarks@mtvn.com trademarks@viacomcbs.com laverne.newton@paramount.com markus.hopkins@paramount.com
**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 13, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 13, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 13, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 13, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 03, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 16, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 21, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 21, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 21, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 28, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 28, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 16, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 16, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 31, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 31, 2012 | PUBLISHED FOR OPPOSITION | |
| Jul. 11, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 26, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jun. 26, 2012 | ASSIGNED TO LIE | |
| Jun. 07, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 04, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 04, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 04, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 02, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2011 | NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2011 | NON-FINAL ACTION WRITTEN | |
| Dec. 01, 2011 | ASSIGNED TO EXAMINER | |
| Sep. 14, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 13, 2011 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Apr. 13, 2023

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-05-03 00:14:07 EDT |
| **Mark:** | JERSEY SHORE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85418690 | **Application Filing Date:** | Sep. 09, 2011 |
| **US Registration Number:** | 4224372 | **Registration Date:** | Oct. 16, 2012 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 11, 2023 | | |

**Publication Date:** Jul. 31, 2012

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | JERSEY SHORE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized term "JERSEY" appearing over the stylized term "SHORE" all within a rectangular border design. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Acquired Distinctiveness Claim:** | In whole |
| **Design Search Code(s):** | 26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | ENTERTAINMENT SERVICES IN THE NATURE OF CONTINUING PROGRAM SERIES, FEATURING LIVE ACTION, COMEDY AND DRAMA PROVIDED THROUGH CABLE TELEVISION, [ BROADCAST TELEVISION, ] INTERNET, VIDEO-ON-DEMAND, AND THROUGH OTHER DISTRIBUTION PLATFORMS; PROVIDING ONLINE INFORMATION IN THE FIELD OF ENTERTAINMENT CONCERNING TELEVISION PROGRAMS | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 03, 2009 | **Use in Commerce:** | Dec. 03, 2009 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** VIACOM INTERNATIONAL INC.

**Owner Address:** 1515 Broadway, 33rd Floor
New York, NEW YORK UNITED STATES 10036

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Markus Hopkins

**Attorney Primary Email Address:** markus.hopkins@paramount.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Markus Hopkins
1515 Broadway, 33rd Floor
NEW YORK, NEW YORK UNITED STATES 10036

**Phone:** 212-975-4321

**Correspondent e-mail:** markus.hopkins@paramount.com laverne.newton@viacomcbs.com trademarks@viacomcbs.com trademarks@mtvn.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 11, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 11, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 11, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 30, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 16, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 21, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 21, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 21, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 28, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 28, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 16, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 16, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 31, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 31, 2012 | PUBLISHED FOR OPPOSITION | |
| Jul. 11, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 26, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jun. 26, 2012 | ASSIGNED TO LIE | |
| Jun. 07, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 04, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| Date | Action |
|---|---|
| Jun. 04, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 04, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Dec. 02, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Dec. 02, 2011 | NON-FINAL ACTION E-MAILED |
| Dec. 02, 2011 | NON-FINAL ACTION WRITTEN |
| Dec. 01, 2011 | ASSIGNED TO EXAMINER |
| Sep. 15, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Sep. 14, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 13, 2011 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                **Date in Location:** Apr. 11, 2023