# MTV

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-05-03 00:17:41 EDT |
| **Mark:** | MTV |
| **US Serial Number:** | 74490036 |
| **Application Filing Date:** | Feb. 08, 1994 |
| **US Registration Number:** | 1955606 |
| **Registration Date:** | Feb. 13, 1996 |
| **Register:** | Principal |
| **Mark Type:** | Service Mark |
| **TM5 Common Status Descriptor:** |  LIVE/REGISTRATION/Issued and Active. The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. |
| **Status Date:** | Oct. 07, 2015 |
| **Publication Date:** | Nov. 21, 1995 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MTV |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1386644, 1373690, 1373804, 1401140 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | cable television broadcasting | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 1981 | **Use in Commerce:** | Apr. 1981 |

| | | | |
|---|---|---|---|
| **For:** | television and entertainment services, namely the television production of a broad spectrum of television programs including those which feature or are on the topics of music, entertainment, animation, current events, social issues, sports events, talent contests, concerts, comedy shows, situation comedies, games, awards, dances, news, style and fashion; and entertainment in the form of live concerts, talent contests, music and television award events, sports events, game events, events with speakers on various social and political topics, and exhibits with displays of entertainment memorabilia and products relating to style and fashion | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

**First Use:** Apr. 1981     **Use in Commerce:** Apr. 1981

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** VIACOM INTERNATIONAL INC.
**Owner Address:** 1515 BROADWAY
NEW YORK, NEW YORK UNITED STATES 10036
**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** VIACOM INTERNATIONAL INC.
1515 BROADWAY
C/O LAURIE LAWRENCE-DILLON 34TH FLOOR
NEW YORK, NEW YORK UNITED STATES 10036

**Correspondent e-mail:** trademarks@mtvn.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 07, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Oct. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 11, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 08, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 08, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 17, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 14, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 17, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jan. 10, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Aug. 18, 2006 | CASE FILE IN TICRS | |
| May 02, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| May 02, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 20, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 20, 2006 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 22, 2002 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 14, 2002 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Feb. 13, 1996 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 21, 1995 | PUBLISHED FOR OPPOSITION | |
| Oct. 20, 1995 | NOTICE OF PUBLICATION | |
| Sep. 06, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 17, 1995 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

| | |
|---|---|
| May 01, 1995 | FINAL REFUSAL MAILED |
| Feb. 22, 1995 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 08, 1995 | ASSIGNED TO EXAMINER |
| Aug. 22, 1994 | NON-FINAL ACTION MAILED |
| Jul. 06, 1994 | ASSIGNED TO EXAMINER |
| Jun. 24, 1994 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Oct. 07, 2015 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 4 | **Registrant:** | Viacom International, Inc. |

### Assignment 1 of 4

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 1489/0506 |
| **Pages:** | 81 |
| **Date Recorded:** | Jul. 31, 1996 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | |
|---|---|
| **Name:** | VIACOM INTERNATIONAL INC. |
| **Execution Date:** | Jul. 31, 1996 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | VIACOM INTERNATIONAL SERVICES INC. |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 50TH FLOOR<br>1515 BROADWAY<br>NEW YORK, NEW YORK 10036 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LAURIE LAWRENCE |
| **Correspondent Address:** | 1515 BROADWAY, 50TH FLOOR<br>NEW YORK, NEW YORK 10036 |

**Domestic Representative - Not Found**

### Assignment 2 of 4

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 1490/0700 |
| **Pages:** | 42 |
| **Date Recorded:** | Aug. 01, 1996 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | |
|---|---|
| **Name:** | VIACOM INTERNATIONAL SERVICES, INC. |
| **Execution Date:** | Jul. 31, 1996 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | VIACOM INTERNATIONAL INC. |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1515 BROADWAY, 50TH FLOOR |

| | |
|---|---|
| | NEW YORK, NEW YORK 10036 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LAURIE LAWRENCE |
| **Correspondent Address:** | 1515 BROADWAY, 50TH FLOOR<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 3223/0626 | **Pages:** | 69 |
| **Date Recorded:** | Jan. 05, 2006 | | |
| **Supporting Documents:** | assignment-tm-3223-0626.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | VIACOM INTERNATIONAL INC. | **Execution Date:** | Dec. 21, 2005 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | NEW VIACOM INTERNATIONAL CORP. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1515 BROADWAY<br>NEW YORK, NEW YORK 10036 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | CINDY CAREY |
| **Correspondent Address:** | 1515 BROADWAY<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 4 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 3223/0584 | **Pages:** | 42 |
| **Date Recorded:** | Jan. 05, 2006 | | |
| **Supporting Documents:** | assignment-tm-3223-0584.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | NEW VIACOM INTERNATIONAL CORP. | **Execution Date:** | Dec. 31, 2005 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | VIACOM INTERNATIONAL INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1515 BROADWAY<br>NEW YORK, NEW YORK 10036 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | CINDY CAREY |
| **Correspondent Address:** | 1515 BROADWAY<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 2 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91275176 | **Filing Date:** | Mar 22, 2022 |
| **Status:** | Terminated | **Status Date:** | Jun 21, 2022 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

### Defendant

| | |
|---|---|
| **Name:** | Yangjiang Yayue Electronic Commerce Co., Ltd. |
| **Correspondent Address:** | WEIBO ZHANG<br>136-68 ROOSEVELT AVE, SUITE 717<br>FLUSHING NY UNITED STATES , 11354 |
| **Correspondent e-mail:** | cnszytxip@gmail.com , 998@ytxip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVOOX | | 90587690 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Viacom International Inc. |
| **Correspondent Address:** | MALLORY LEVITT<br>VIACOM INTERNATIONAL INC.<br>1515 BROADWAY, 33RD FLOOR<br>NEW YORK NY UNITED STATES , 10036 |
| **Correspondent e-mail:** | Mallory.Levitt@viacomcbs.com , markus.hopkins@viacomcbs.com , trademarks@mtvn.com , trademarks@viacomcbs.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |
| MTV | | 73530708 | 1373885 |
| MTV | | 73530812 | 1373804 |
| MTV | | 73530856 | 1372615 |
| MTV | | 77933814 | 4036805 |
| MTV | | 77933789 | 4150599 |
| MTV | | 77933802 | 3939707 |
| MTV | | 77933791 | 4135941 |
| MTV | | 77933794 | 4147074 |
| MTV | | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | | 73415753 | 1310411 |
| MTV2 | | 78875291 | 3158836 |
| MTV2 | | 78875284 | 3229459 |

| Mark | Serial | Registration |
|---|---|---|
| MTV2 | 78563001 | 3054887 |
| MTV2 | 78563004 | 3054889 |
| MTV TR3S | 78854540 | 3277975 |
| MTV TR3S | 78854543 | 3277976 |
| MTV U | 78320758 | 3172032 |
| MTV U | 85958594 | 4455072 |
| MTV U | 78334399 | 3280404 |
| MTV U | 78334418 | 3051606 |
| MTV THE HOOK UP | 85932559 | 4756476 |
| MTVU'S HIRE LEARNING | 85681386 | 4455989 |
| MTV'S 16 AND PREGNANT | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | 77113810 | 3421502 |
| MTV FAST INC. | 78908747 | 3350290 |
| MTV THE SHOP | 78754018 | 3262960 |
| MTV U GRANTS | 78377958 | 2965114 |
| MTV JACKASS | 78444376 | 2926446 |
| MTV JACKASS | 78444380 | 2926447 |
| MTV MADE | 78119174 | 2780726 |
| MTV FILMS | 76151729 | 2584726 |
| MTV JACKASS | 78023797 | 2887413 |
| MTV'S SPRING BREAK | 76056201 | 2463853 |
| MTV CRIBS | 76055637 | 2453210 |
| GUY CODE MTV2 | 85920518 | 4454276 |
| YO! MTV RAPS | 85449106 | 4269397 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 21, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 21, 2022 | |
| 4 | NOTICE OF DEFAULT | May 12, 2022 | |
| 3 | INSTITUTED | Mar 22, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 22, 2022 | May 01, 2022 |
| 1 | FILED AND FEE | Mar 22, 2022 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91235635 | **Filing Date:** | Jul 18, 2017 |
| **Status:** | Terminated | **Status Date:** | Oct 25, 2017 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

#### Defendant

| | |
|---|---|
| **Name:** | Valis Entertainment |
| **Correspondent Address:** | VALIS ENTERTAINMENT<br>2502 BEVERLEY AVENUE<br>SANTA MONICA CA UNITED STATES , 90405 |
| **Correspondent e-mail:** | mrpetermartin@mac.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVR | | 87221710 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Viacom International Inc. |
| **Correspondent Address:** | CATHERINE E MAXSON<br>DAVIS WRIGHT TREMAINE LLP<br>1201 THIRD AVENUE, SUITE 2200<br>SEATTLE WA UNITED STATES , 98101 |

| Correspondent e-mail: | catherinemaxson@dwt.com , seatm@dwt.com , ChristinaKim@dwt.com , brendanixdorf@dwt.com , emilyeskew@dwt.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |
| MTV | | 73530708 | 1373885 |
| MTV | | 73530812 | 1373804 |
| MTV | | 73530856 | 1372615 |
| MTV | | 77933814 | 4036805 |
| MTV | | 77933789 | 4150599 |
| MTV | | 77933802 | 3939707 |
| MTV | | 77933791 | 4135941 |
| MTV | | 77933794 | 4147074 |
| MTV | | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | | 73828531 | 1608025 |
| MTV MUSIC TELEVISION | | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | | 73415753 | 1310411 |
| MTV2 | | 85958569 | 4455069 |
| MTV2 | | 78875291 | 3158836 |
| MTV2 | | 78875284 | 3229459 |
| MTV TR3S | | 78854540 | 3277975 |
| MTV TR3S | | 78854543 | 3277976 |
| MTV CLASSIC | | 87127153 | 5156107 |
| MTV CLASSIC | | 87127158 | 5156108 |
| MTV U | | 78320758 | 3172032 |
| MTV U | | 85958594 | 4455072 |
| MTV THE HOOK UP | | 85932559 | 4756476 |
| MTV HOODS | | 85725909 | 4426552 |
| MTV HIRED | | 77949821 | 3921059 |
| MTV'S 16 AND PREGNANT | | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | | 77113810 | 3421502 |
| MTV FAST INC. | | 78908747 | 3350290 |
| MTV THE SHOP | | 78754018 | 3262960 |
| MTV JUVIES | | 78745651 | 3254285 |
| MTVU THE OPENING | | 78535579 | 3269272 |
| MTV OVERDRIVE | | 78526798 | 3294743 |
| MTV MADE | | 78119174 | 2780726 |
| MTV FILMS | | 76151729 | 2584726 |
| MTV JACKASS | | 78023797 | 2887413 |
| MTV'S SPRING BREAK | | 76056201 | 2463853 |
| MTV CRIBS | | 76055637 | 2453210 |

| YO! MTV RAPS | | | 85449106 | 4269397 |
|---|---|---|---|---|
| **Prosecution History** | | | | |
| **Entry Number** | **History Text** | | **Date** | **Due Date** |
| 6 | TERMINATED | | Oct 25, 2017 | |
| 5 | BD DECISION: SUSTAINED | | Oct 25, 2017 | |
| 4 | NOTICE OF DEFAULT | | Sep 06, 2017 | |
| 3 | PENDING, INSTITUTED | | Jul 18, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | | Jul 18, 2017 | Aug 27, 2017 |
| 1 | FILED AND FEE | | Jul 18, 2017 | |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-05-03 00:17:58 EDT |
| **Mark:** | MTV |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 77933789 | **Application Filing Date:** | Feb. 11, 2010 |
| **US Registration Number:** | 4150599 | **Registration Date:** | May 29, 2012 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jan. 13, 2023 | | |

**Publication Date:** Jul. 26, 2011   **Notice of Allowance Date:** Sep. 20, 2011

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MTV |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

# Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1985017, 2832406 |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | PRE-RECORDED AUDIO, VIDEO, TEXT AND GRAPHICS ALL DOWNLOADABLE VIA THE INTERNET, ALL IN THE NATURE OF ENTERTAINMENT CONTENT FEATURING MOTION PICTURES, MUSIC, TELEVISION PROGRAMS, NEWS, SPORTS, GAMES, CULTURAL EVENTS, AND ENTERTAINMENT RELATED PROGRAMS FOR USE IN ELECTRONIC PERSONAL COMPUTERS AND HANDHELD WIRELESS DEVICES; DOWNLOADABLE RINGTONES AVAILABLE VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES FEATURING CONTENT RELATED TO MOTION PICTURES AND TELEVISION PROGRAMMING; DOWNLOADABLE PRE-RECORDED VIDEO CLIPS FEATURING CONTENT RELATED TO MOTION PICTURES AND TELEVISION PROGRAMMING IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; DOWNLOADABLE PRE-RECORDED AUDIO CLIPS FEATURING CONTENT IN THE FIELD OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; DOWNLOADABLE ANIMATED RINGERS AND DOWNLOADABLE VIDEO RINGERS FEATURING CONTENT RELATED TO MOTION PICTURES AND TELEVISION PROGRAMMING TO BE FEATURED ON CELL PHONES AND OTHER WIRELESS DEVICES; AUDIO SHORTS IN THE NATURE OF DOWNLOADABLE AUDIO RECORDINGS FEATURING CONTENT IN THE FIELD OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; VIDEO SHORTS IN THE NATURE OF DOWNLOADABLE VIDEO RECORDINGS FEATURING CONTENT IN THE FIELD OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; ANIMATED COMPUTER SCREENSAVER SOFTWARE; DOWNLOADABLE PRE-RECORDED AUDIO RECORDINGS FEATURING CONTENT IN THE FIELD |

OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; VIDEO RECORDINGS FEATURING CONTENT IN THE FIELD OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA; TEXT AND GRAPHICS, NAMELY, MULTIMEDIA FILES CONTAINING TEXT AND GRAPHICS IN THE FIELD OF MOTION PICTURES AND TELEVISION PROGRAMS IN THE FIELD OF ANIMATION, LIVE ACTION, MUSIC, COMEDY AND DRAMA ALL DOWNLOADABLE VIA THE INTERNET, FOR USE ON ELECTRONIC PERSONAL COMPUTERS AND HANDHELD WIRELESS DEVICES

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 27, 2011 | **Use in Commerce:** | Dec. 27, 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | VIACOM INTERNATIONAL INC. |
| **Owner Address:** | 1515 Broadway, 33rd Floor<br>New York, NEW YORK UNITED STATES 10036 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Markus Hopkins | | |
| **Attorney Primary Email Address:** | Markus.Hopkins@paramount.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Markus Hopkins<br>1515 Broadway, 34th Floor<br>NEW YORK, NEW YORK UNITED STATES 10036 |
| **Phone:** | 2129754321 |
| **Correspondent e-mail:** | Markus.Hopkins@paramount.com laverne.newton@viacomcbs.com trademarks@mtvn.com trademarks@viacomcbs.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 13, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 13, 2023 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 13, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 09, 2023 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jan. 09, 2023 | PROOF OF USE INTERIM ACTION ISSUED | |
| Dec. 29, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Dec. 27, 2022 | OFFICE ACTION ISSUED POU2 | |
| Dec. 19, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jun. 17, 2022 | OFFICE ACTION ISSUED POU1 | |
| Jun. 16, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |

| | |
|---|---|
| May 26, 2022 | TEAS SECTION 8 & 9 RECEIVED |
| May 29, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Aug. 04, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Aug. 04, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Aug. 04, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jun. 21, 2017 | TEAS SECTION 8 & 15 RECEIVED |
| Jun. 21, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 29, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| May 29, 2012 | REGISTERED-PRINCIPAL REGISTER |
| Apr. 24, 2012 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Apr. 21, 2012 | LAW OFFICE REGISTRATION REVIEW COMPLETED |
| Apr. 20, 2012 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Apr. 04, 2012 | STATEMENT OF USE PROCESSING COMPLETE |
| Mar. 14, 2012 | USE AMENDMENT FILED |
| Apr. 04, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Mar. 14, 2012 | TEAS STATEMENT OF USE RECEIVED |
| Sep. 20, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jul. 26, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 26, 2011 | PUBLISHED FOR OPPOSITION |
| Jun. 22, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Jun. 16, 2011 | ASSIGNED TO LIE |
| Jun. 10, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 01, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 31, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 31, 2011 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Dec. 01, 2010 | NOTIFICATION OF FINAL REFUSAL EMAILED |
| Dec. 01, 2010 | FINAL REFUSAL E-MAILED |
| Dec. 01, 2010 | FINAL REFUSAL WRITTEN |
| Nov. 12, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 11, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 11, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 14, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| May 14, 2010 | NON-FINAL ACTION E-MAILED |
| May 14, 2010 | NON-FINAL ACTION WRITTEN |
| May 13, 2010 | ASSIGNED TO EXAMINER |
| Feb. 18, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 15, 2010 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Jan. 13, 2023 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 2 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91275176 | **Filing Date:** | Mar 22, 2022 |
| **Status:** | Terminated | **Status Date:** | Jun 21, 2022 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Yangjiang Yayue Electronic Commerce Co., Ltd. |
| **Correspondent Address:** | WEIBO ZHANG<br>136-68 ROOSEVELT AVE, SUITE 717<br>FLUSHING NY UNITED STATES , 11354 |
| **Correspondent e-mail:** | cnszytxip@gmail.com , 998@ytxip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVOOX | | 90587690 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Viacom International Inc. |
| **Correspondent Address:** | MALLORY LEVITT<br>VIACOM INTERNATIONAL INC.<br>1515 BROADWAY, 33RD FLOOR<br>NEW YORK NY UNITED STATES , 10036 |
| **Correspondent e-mail:** | Mallory.Levitt@viacomcbs.com , markus.hopkins@viacomcbs.com , trademarks@mtvn.com , trademarks@viacomcbs.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |
| MTV | | 73530708 | 1373885 |
| MTV | | 73530812 | 1373804 |
| MTV | | 73530856 | 1372615 |
| MTV | | 77933814 | 4036805 |
| MTV | | 77933789 | 4150599 |
| MTV | | 77933802 | 3939707 |
| MTV | | 77933791 | 4135941 |
| MTV | | 77933794 | 4147074 |
| MTV | | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | | 73415753 | 1310411 |
| MTV2 | | 78875291 | 3158836 |
| MTV2 | | 78875284 | 3229459 |
| MTV2 | | 78563001 | 3054887 |
| MTV2 | | 78563004 | 3054889 |
| MTV TR3S | | 78854540 | 3277975 |
| MTV TR3S | | 78854543 | 3277976 |
| MTV U | | 78320758 | 3172032 |
| MTV U | | 85958594 | 4455072 |
| MTV U | | 78334399 | 3280404 |
| MTV U | | 78334418 | 3051606 |
| MTV THE HOOK UP | | 85932559 | 4756476 |

| Mark | Serial Number | Registration Number |
|---|---|---|
| MTVU'S HIRE LEARNING | 85681386 | 4455989 |
| MTV'S 16 AND PREGNANT | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | 77113810 | 3421502 |
| MTV FAST INC. | 78908747 | 3350290 |
| MTV THE SHOP | 78754018 | 3262960 |
| MTV U GRANTS | 78377958 | 2965114 |
| MTV JACKASS | 78444376 | 2926446 |
| MTV JACKASS | 78444380 | 2926447 |
| MTV MADE | 78119174 | 2780726 |
| MTV FILMS | 76151729 | 2584726 |
| MTV JACKASS | 78023797 | 2887413 |
| MTV'S SPRING BREAK | 76056201 | 2463853 |
| MTV CRIBS | 76055637 | 2453210 |
| GUY CODE MTV2 | 85920518 | 4454276 |
| YO! MTV RAPS | 85449106 | 4269397 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 21, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 21, 2022 | |
| 4 | NOTICE OF DEFAULT | May 12, 2022 | |
| 3 | INSTITUTED | Mar 22, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 22, 2022 | May 01, 2022 |
| 1 | FILED AND FEE | Mar 22, 2022 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91235635  
**Filing Date:** Jul 18, 2017  
**Status:** Terminated  
**Status Date:** Oct 25, 2017  
**Interlocutory Attorney:** ANN LINNEHAN VOGLER

#### Defendant

**Name:** Valis Entertainment  
**Correspondent Address:** VALIS ENTERTAINMENT  
2502 BEVERLEY AVENUE  
SANTA MONICA CA UNITED STATES, 90405  
**Correspondent e-mail:** mrpetermartin@mac.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVR | | 87221710 | |

#### Plaintiff(s)

**Name:** Viacom International Inc.  
**Correspondent Address:** CATHERINE E MAXSON  
DAVIS WRIGHT TREMAINE LLP  
1201 THIRD AVENUE, SUITE 2200  
SEATTLE WA UNITED STATES, 98101  
**Correspondent e-mail:** catherinemaxson@dwt.com, seatm@dwt.com, ChristinaKim@dwt.com, brendanixdorf@dwt.com, emilyeskew@dwt.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |

| Mark | Serial Number | Registration Number |
|---|---|---|
| MTV | 73530708 | 1373885 |
| MTV | 73530812 | 1373804 |
| MTV | 73530856 | 1372615 |
| MTV | 77933814 | 4036805 |
| MTV | 77933789 | 4150599 |
| MTV | 77933802 | 3939707 |
| MTV | 77933791 | 4135941 |
| MTV | 77933794 | 4147074 |
| MTV | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | 73828531 | 1608025 |
| MTV MUSIC TELEVISION | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | 73415753 | 1310411 |
| MTV2 | 85958569 | 4455069 |
| MTV2 | 78875291 | 3158836 |
| MTV2 | 78875284 | 3229459 |
| MTV TR3S | 78854540 | 3277975 |
| MTV TR3S | 78854543 | 3277976 |
| MTV CLASSIC | 87127153 | 5156107 |
| MTV CLASSIC | 87127158 | 5156108 |
| MTV U | 78320758 | 3172032 |
| MTV U | 85958594 | 4455072 |
| MTV THE HOOK UP | 85932559 | 4756476 |
| MTV HOODS | 85725909 | 4426552 |
| MTV HIRED | 77949821 | 3921059 |
| MTV'S 16 AND PREGNANT | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | 77113810 | 3421502 |
| MTV FAST INC. | 78908747 | 3350290 |
| MTV THE SHOP | 78754018 | 3262960 |
| MTV JUVIES | 78745651 | 3254285 |
| MTVU THE OPENING | 78535579 | 3269272 |
| MTV OVERDRIVE | 78526798 | 3294743 |
| MTV MADE | 78119174 | 2780726 |
| MTV FILMS | 76151729 | 2584726 |
| MTV JACKASS | 78023797 | 2887413 |
| MTV'S SPRING BREAK | 76056201 | 2463853 |
| MTV CRIBS | 76055637 | 2453210 |
| YO! MTV RAPS | 85449106 | 4269397 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 25, 2017 | |
| 5 | BD DECISION: SUSTAINED | Oct 25, 2017 | |
| 4 | NOTICE OF DEFAULT | Sep 06, 2017 | |
| 3 | PENDING, INSTITUTED | Jul 18, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 18, 2017 | Aug 27, 2017 |
| 1 | FILED AND FEE | Jul 18, 2017 | |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-05-03 00:18:37 EDT |
| **Mark:** | MTV |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 77933802 | **Application Filing Date:** | Feb. 11, 2010 |
| **US Registration Number:** | 3939707 | **Registration Date:** | Apr. 05, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 16, 2021 | | |
| **Publication Date:** | Jan. 18, 2011 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MTV |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1818179, 1955606 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | TELEVISION BROADCASTING SERVICES; BROADCASTING PRE-RECORDED VIDEOS FEATURING MOTION PICTURES, MUSIC, TELEVISION PROGRAMS, NEWS, SPORTS, GAMES, CULTURAL EVENTS, AND ENTERTAINMENT RELATED PROGRAMS VIA COMPUTER AND OTHER COMMUNICATIONS NETWORKS; VIDEO ON DEMAND TRANSMISSION SERVICES; BROADCASTING SERVICES, namely, THE ELECTRONIC TRANSMISSION AND STREAMING OF DIGITAL AUDIO, VIDEO, GRAPHICS, TEXT AND DATA VIA THE INTERNET, BROADBAND SYSTEMS, TELEPHONES, AND PORTABLE AND WIRELESS COMMUNICATION DEVICES; [ PROVIDING ONLINE CHAT ROOMS AND BULLETIN BOARDS FOR ELECTRONIC TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF MOTION PICTURES, MUSIC, TELEVISION PROGRAMS, NEWS, SPORTS, GAMES, CULTURAL EVENTS, AND ENTERTAINMENT RELATED PROGRAMS VIA COMPUTER AND OTHER COMMUNICATIONS NETWORKS; AND TELEPHONE RINGBACK SERVICES FEATURING CONTENT RELATED TO MOTION PICTURES AND TELEVISION PROGRAMMING ] |
| **International Class(es):** | 038 - Primary Class |
| **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |

| | | | |
|---|---|---|---|
| **First Use:** | Feb. 10, 2010 | **Use in Commerce:** | Feb. 10, 2010 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | VIACOM INTERNATIONAL INC. |
| **Owner Address:** | 1515 Broadway, 33rd Floor<br>New York, NEW YORK UNITED STATES 10036 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Kaydi Osowski |
| **Attorney Primary Email Address:** | kaydi.osowski@viacom.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Kaydi Osowski<br>VIACOM INTERNATIONAL INC.<br>1515 Broadway,33rd Floor<br>NEW YORK, NEW YORK UNITED STATES 10036 |
| **Phone:** | 212-846-7911 |
| **Correspondent e-mail:** | kaydi.osowski@viacom.com laverne.newton@viacom.com trademarks@mtvn.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 16, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 16, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 16, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 16, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 12, 2021 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 05, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 13, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 13, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 13, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 05, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 05, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 18, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 18, 2011 | PUBLISHED FOR OPPOSITION | |
| Dec. 13, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Dec. 13, 2010 | ASSIGNED TO LIE | |
| Nov. 20, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 12, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 11, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 11, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |

| | |
|---|---|
| May 14, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| May 14, 2010 | NON-FINAL ACTION E-MAILED |
| May 14, 2010 | NON-FINAL ACTION WRITTEN |
| May 13, 2010 | ASSIGNED TO EXAMINER |
| Feb. 18, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 15, 2010 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Jun. 16, 2021 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 2 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91275176 | **Filing Date:** | Mar 22, 2022 |
| **Status:** | Terminated | **Status Date:** | Jun 21, 2022 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Yangjiang Yayue Electronic Commerce Co., Ltd. |
| **Correspondent Address:** | WEIBO ZHANG<br>136-68 ROOSEVELT AVE, SUITE 717<br>FLUSHING NY UNITED STATES , 11354 |
| **Correspondent e-mail:** | cnszytxip@gmail.com , 998@ytxip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVOOX | | 90587690 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Viacom International Inc. |
| **Correspondent Address:** | MALLORY LEVITT<br>VIACOM INTERNATIONAL INC.<br>1515 BROADWAY, 33RD FLOOR<br>NEW YORK NY UNITED STATES , 10036 |
| **Correspondent e-mail:** | Mallory.Levitt@viacomcbs.com , markus.hopkins@viacomcbs.com , trademarks@mtvn.com , trademarks@viacomcbs.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |
| MTV | | 73530708 | 1373885 |
| MTV | | 73530812 | 1373804 |
| MTV | | 73530856 | 1372615 |
| MTV | | 77933814 | 4036805 |
| MTV | | 77933789 | 4150599 |
| MTV | | 77933802 | 3939707 |
| MTV | | 77933791 | 4135941 |

| | | |
|---|---|---|
| MTV | 77933794 | 4147074 |
| MTV | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | 73415753 | 1310411 |
| MTV2 | 78875291 | 3158836 |
| MTV2 | 78875284 | 3229459 |
| MTV2 | 78563001 | 3054887 |
| MTV2 | 78563004 | 3054889 |
| MTV TR3S | 78854540 | 3277975 |
| MTV TR3S | 78854543 | 3277976 |
| MTV U | 78320758 | 3172032 |
| MTV U | 85958594 | 4455072 |
| MTV U | 78334399 | 3280404 |
| MTV U | 78334418 | 3051606 |
| MTV THE HOOK UP | 85932559 | 4756476 |
| MTVU'S HIRE LEARNING | 85681386 | 4455989 |
| MTV'S 16 AND PREGNANT | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | 77113810 | 3421502 |
| MTV FAST INC. | 78908747 | 3350290 |
| MTV THE SHOP | 78754018 | 3262960 |
| MTV U GRANTS | 78377958 | 2965114 |
| MTV JACKASS | 78444376 | 2926446 |
| MTV JACKASS | 78444380 | 2926447 |
| MTV MADE | 78119174 | 2780726 |
| MTV FILMS | 76151729 | 2584726 |
| MTV JACKASS | 78023797 | 2887413 |
| MTV'S SPRING BREAK | 76056201 | 2463853 |
| MTV CRIBS | 76055637 | 2453210 |
| GUY CODE MTV2 | 85920518 | 4454276 |
| YO! MTV RAPS | 85449106 | 4269397 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 21, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 21, 2022 | |
| 4 | NOTICE OF DEFAULT | May 12, 2022 | |
| 3 | INSTITUTED | Mar 22, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 22, 2022 | May 01, 2022 |
| 1 | FILED AND FEE | Mar 22, 2022 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91235635 | **Filing Date:** | Jul 18, 2017 |
| **Status:** | Terminated | **Status Date:** | Oct 25, 2017 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Valis Entertainment |
| **Correspondent Address:** | VALIS ENTERTAINMENT<br>2502 BEVERLEY AVENUE<br>SANTA MONICA CA UNITED STATES , 90405 |
| **Correspondent e-mail:** | mrpetermartin@mac.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTVR | | 87221710 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Viacom International Inc. |
| **Correspondent Address:** | CATHERINE E MAXSON<br>DAVIS WRIGHT TREMAINE LLP<br>1201 THIRD AVENUE, SUITE 2200<br>SEATTLE WA UNITED STATES , 98101 |
| **Correspondent e-mail:** | catherinemaxson@dwt.com , seatm@dwt.com , ChristinaKim@dwt.com , brendanixdorf@dwt.com , emilyeskew@dwt.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MTV | | 74490036 | 1955606 |
| MTV | | 73530706 | 1373948 |
| MTV | | 73531799 | 1401140 |
| MTV | | 73530809 | 1373690 |
| MTV | | 73530708 | 1373885 |
| MTV | | 73530812 | 1373804 |
| MTV | | 73530856 | 1372615 |
| MTV | | 77933814 | 4036805 |
| MTV | | 77933789 | 4150599 |
| MTV | | 77933802 | 3939707 |
| MTV | | 77933791 | 4135941 |
| MTV | | 77933794 | 4147074 |
| MTV | | 73531785 | 1401139 |
| MTV MUSIC TELEVISION | | 74241030 | 1818179 |
| MTV MUSIC TELEVISION | | 78935727 | 3211481 |
| MTV MUSIC TELEVISION | | 73531783 | 1400277 |
| MTV MUSIC TELEVISION | | 73530709 | 1374812 |
| MTV MUSIC TELEVISION | | 73530810 | 1374710 |
| MTV MUSIC TELEVISION | | 73530813 | 1374783 |
| MTV MUSIC TELEVISION | | 73530853 | 1372705 |
| MTV MUSIC TELEVISION | | 73530707 | 1373884 |
| MTV MUSIC TELEVISION | | 73828531 | 1608025 |
| MTV MUSIC TELEVISION | | 73787279 | 1580650 |
| M TV MUSIC TELEVISION | | 73415753 | 1310411 |
| MTV2 | | 85958569 | 4455069 |
| MTV2 | | 78875291 | 3158836 |
| MTV2 | | 78875284 | 3229459 |
| MTV TR3S | | 78854540 | 3277975 |
| MTV TR3S | | 78854543 | 3277976 |
| MTV CLASSIC | | 87127153 | 5156107 |
| MTV CLASSIC | | 87127158 | 5156108 |
| MTV U | | 78320758 | 3172032 |
| MTV U | | 85958594 | 4455072 |
| MTV THE HOOK UP | | 85932559 | 4756476 |

| | | |
|---|---|---|
| MTV HOODS | 85725909 | 4426552 |
| MTV HIRED | 77949821 | 3921059 |
| MTV'S 16 AND PREGNANT | 77409449 | 3778671 |
| MTVU WOODIE AWARDS | 77113810 | 3421502 |
| MTV FAST INC. | 78908747 | 3350290 |
| MTV THE SHOP | 78754018 | 3262960 |
| MTV JUVIES | 78745651 | 3254285 |
| MTVU THE OPENING | 78535579 | 3269272 |
| MTV OVERDRIVE | 78526798 | 3294743 |
| MTV MADE | 78119174 | 2780726 |
| MTV FILMS | 76151729 | 2584726 |
| MTV JACKASS | 78023797 | 2887413 |
| MTV'S SPRING BREAK | 76056201 | 2463853 |
| MTV CRIBS | 76055637 | 2453210 |
| YO! MTV RAPS | 85449106 | 4269397 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 25, 2017 | |
| 5 | BD DECISION: SUSTAINED | Oct 25, 2017 | |
| 4 | NOTICE OF DEFAULT | Sep 06, 2017 | |
| 3 | PENDING, INSTITUTED | Jul 18, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 18, 2017 | Aug 27, 2017 |
| 1 | FILED AND FEE | Jul 18, 2017 | |