CONFIDENTIAL - Drew Tappon

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                  PANAMA CITY DIVISION
 3
    MGFB PROPERTIES,       )
 4  INC., et al.,          )
                           )
 5           Plaintiffs,   )  Case No.
                           )  5:19cv257-RH-MJF
 6  v.                     )
                           )
 7  VIACOMCBS, INC., et    )
    al.,                   )
 8                         )
             Defendants.   )
 9
10         WEDNESDAY, OCTOBER 14, 2020
         **CONTAINS CONFIDENTIAL PORTION***
11
                      - - -
12
13         Remote videotaped deposition of
14  30(b)(6) designee of 495 Productions, Drew
15  Tappon, held at the location of the witness
16  in California, commencing at 10:03 a.m., on
17  the above date, before Carrie A. Campbell,
18  Registered Diplomate Reporter, Certified
19  Realtime Reporter, Illinois, California &
20  Texas Certified Shorthand Reporter, Missouri
21  & Kansas Certified Court Reporter.
22                    - - -
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
25
```

```
 1              A P P E A R A N C E S :
 2
        MORRISON COHEN, L.L.P.
 3      BY:   FRED H. PERKINS
              fhperkins@morrisoncohen.com
 4      909 Third Avenue
        New York, New York 10022
 5      (212) 735-8600
 6      and
 7      LEVIN, PAPANTONIO, THOMAS, MITCHELL,
        RAFFERTY & PROCTOR, P.A.
 8      BY:   JOSHUA HARRIS
              jharris@levinlaw.com
 9      316 South Baylen Street, Suite 600
        Pensacola, Florida 32502
10      (850) 435-7000
        Counsel for Plaintiffs
11
12
        JENNER & BLOCK, LLP
13      BY:   SUSAN J. KOHLMANN
              skohlmann@jenner.com
14            BRITTANY LAMB
              blamb@jenner.com
15      919 Third Avenue
        New York, New York 10022-3908
16      (212) 891-1600
        Counsel for Defendants
17
18
   ALSO PRESENT:
19      CHELSEY DAVIS, paralegal, Morrison
        Cohen
20
21
   V I D E O G R A P H E R :
22      LARRY MAHER,
        Golkow Litigation Services
23
                        - - -
24
25
```

CONFIDENTIAL - Drew Tappon

```
 1                  MS. KOHLMANN:  Objection as to
 2       form.
 3                  THE WITNESS:  That is correct.
 4   QUESTIONS BY MR. PERKINS:
 5       Q.    Does 495 consider Floribama
 6   Shore to be a trademark?
 7                  MS. KOHLMANN:  Objection.
 8             You can answer.
 9                  THE WITNESS:  I consider MTV
10        Floribama Shore to be a trademark.
11   QUESTIONS BY MR. PERKINS:
12       Q.    And do you know whether or not
13   MTV or Viacom or some entity affiliated with
14   MTV and Viacom have ever filed for a
15   trademark application to register MTV
16   Floribama Shore?
17       A.    I do not know.
18       Q.    And who, in your understanding,
19   owns the trademark MTV Floribama Shore?
20                  MS. KOHLMANN:  Objection as to
21       form.
22             You can answer.
23                  THE WITNESS:  Viacom.
24        ViacomCBS, sorry.
25
```

Golkow Litigation Services                              Page 70

```
 1   QUESTIONS BY MR. PERKINS:
 2        Q.    And is it your understanding
 3   that ViacomCBS would own the rights to both
 4   the phrase "MTV Floribama Shore" and each of
 5   its constituent elements?
 6              MS. KOHLMANN:  Objection as to
 7        form.
 8              You can answer.
 9              THE WITNESS:  Can you explain
10        what you mean by "its constituent
11        elements"?
12   QUESTIONS BY MR. PERKINS:
13        Q.    Sure.  Like the term "MTV," the
14   term "Floribama," and the term "shore."
15        A.    I don't know.  I -- my
16   understanding is when you trademark
17   something, you're trademarking this.  It's
18   not star on one side and bucks on another;
19   it's Starbucks.  I believe MTV Floribama
20   Shore is what they put the trademark in for,
21   I assume.
22        Q.    If CB -- no -- NBC put out a
23   show called NBC Floribama Shore, do you
24   believe that Viacom or 495 would object to
25   that type of show, being that -- with the
```

```
 1   name NBC Floribama Shore?
 2             MS. KOHLMANN:  Objection.
 3             You can answer.
 4             THE WITNESS:  Yes.
 5   QUESTIONS BY MR. PERKINS:
 6        Q.   Because it might be confusing
 7   with MTV Floribama Shore; is that correct?
 8             MS. KOHLMANN:  Objection.
 9             THE WITNESS:  That's correct.
10             MS. KOHLMANN:  You can answer.
11             THE WITNESS:  Sorry, Susan.
12   QUESTIONS BY MR. PERKINS:
13        Q.   Is 495 relying upon the legal
14   advice of Viacom's counsel in connection with
15   the right to use MTV Floribama Shore as the
16   name of its TV show?
17             MS. KOHLMANN:  Objection.
18             THE WITNESS:  Yes.
19   QUESTIONS BY MR. PERKINS:
20        Q.   When MTV and 495 were coming up
21   with the name Floribama Shore for your TV
22   show, did it matter how Floribama was going
23   to be spelled?
24             MS. KOHLMANN:  Objection.  No
25        foundation.
```

```
 1                    CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Drew Tappon, was duly
     sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15   _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         California Certified Shorthand
19       Reporter #13921
         Missouri Certified Court Reporter #859
20       Illinois Certified Shorthand Reporter
         #084-004229
21       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
22       Notary Public
23       Dated:  October 28, 2020
24
25
```