```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF FLORIDA
 2                    PANAMA CITY DIVISION
 3     -------------------------------
       MGFB PROPERTIES, INC., et al.,:CASE NO.
 4                                   :5:19cv257-RH-MJF
              Plaintiffs,            :
 5     -vs-                          :
                                     :
 6     VIACOMCBS, INC., et al.,      :
                                     :
 7            Defendants.            :
       -------------------------------
 8
 9
                             -  -  -
10                     NOVEMBER 24, 2020
                             -  -  -
11
12
13
14            Oral videotaped deposition of JACKIE
15     FRENCH, taken via Zoom, at the location of
16     the witness, on the above date, before
17     Margaret M. Reihl, RPR, CCR, CRR, and Notary
18     Public, commencing at 10:07 a.m.
19
20
21
22           GOLKOW LITIGATION SERVICES
           877.370.3377  ph/917.591.5672 fax
23                 deps@golkow.com
24
25
```

Jackie French

```
 1   A P P E A R A N C E S : via Zoom
 2
     LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 3   RAFFERTY & PROCTOR, P.A.
     BY:  MATT SHULTZ, ESQUIRE
 4        JOSHUA HARRIS, ESQUIRE
          CHELSEA DAVIS, PARALEGAL
 5   316 South Baylen Street, Suite 600
     Pensacola, Florida  32502
 6   (850) 435-7000
     mshultz@levinlaw.com
 7   jharris@levinlaw.com
               AND
 8   MORRISON COHEN, L.L.P.
     BY:  FRED H. PERKINS, ESQUIRE
 9   909 Third Avenue
     New York, New York  10022
10   (212) 735-8600
     fhperkins@morrisoncohen.com
11   Representing the Plaintiffs
12
     JENNER & BLOCK, L.L.P.
13   BY:  SUSAN J. KOHLMANN, ESQUIRE
          BRITTANY R. LAMB, ESQUIRE
14   919 Third Avenue
     New York, New York  10022-3908
15   (212) 891-1622
     skohlmann@jenner.com
16   Representing the Defendants
17
     ALSO PRESENT:  BRITTANY L. KAPLAN-PETERSON
18                  IN-HOUSE COUNSEL VIACOM
19                  DAVID LANE, VIDEOGRAPHER
20
21
22
23
24
25
```

```
 1   A.        I think they would question it, for sure.
 2   Q.        Would you question it?  Do you think that
 3   would be problematic from your personal perspective
 4   as the executive producer of Floribama Shore?
 5   A.        I would question it.
 6   Q.        And why would you question it?
 7   A.        Their show might not be as good as ours.
 8   Q.        And what difference does that make?
 9   A.        That was a joke.
10             I would question it because it would be a TV
11   show, something that is exactly, you know, our
12   business, our show, and it would have the same name.
13   Q.        So do you think people might be confused
14   into thinking that this other Floribama TV show
15   might be connected or affiliated or approved by MTV?
16                 MS. KOHLMANN:  Objection as to form.
17             You can answer.
18                 THE WITNESS:  I guess one question I
19             would ask, though, honestly is I would
20             wonder what kind of show it was, which I
21             think would be -- you know, might be
22             relevant.  I think I 100 -- I agree that it
23             would be a question, but I would also want
24             to know what kind of show it was.
25   BY MR. PERKINS:
```

```
 1   Q.      If it were a music show with the name
 2   Floribama in it, would you question whether or not
 3   that show should be aired, given the MTV show
 4   Floribama Shore?
 5              MS. KOHLMANN:  Objection as to form.
 6         You can answer.
 7              THE WITNESS:  I would question it.
 8   BY MR. PERKINS:
 9   Q.      And you would question it because people
10   might think there's some connection between this
11   other show and MTV's Floribama Shore?
12              MS. KOHLMANN:  Objection as to form.
13         You can answer.
14              THE WITNESS:  Yes.
15   BY MR. PERKINS:
16   Q.      Going back to -- withdrawn.
17          Going back to French Exhibit 3, you agree
18   that what appears on page 7 is -- looks like the
19   same style mark or logo as appears on the MTV shop
20   pages; is that correct?
21   A.      Hang on.  I'm just getting there.  Five,
22   six, seven.
23              MS. KOHLMANN:  Is 7, Fred, the one
24         with -- is that the last one?
25              MR. PERKINS:  No, it's the next to
```

```
 1                C E R T I F I C A T I O N

 2                      I, MARGARET M. REIHL, a

 3          Registered Professional Reporter, Certified

 4          Realtime Reporter, Certified Court Reporter,

 5          Certified LiveNote Reporter and Notary

 6          Public, do hereby certify that the foregoing

 7          is a true and accurate transcript of the

 8          testimony as taken stenographically, by and

 9          before me, remotely, via Zoom, to the best

10          of my ability, and on the date hereinbefore

11          set forth.

12                      I DO FURTHER CERTIFY that I am

13          neither a relative nor employee nor attorney

14          nor counsel of any of the parties to this

15          action, and that I am neither a relative nor

16          employee of such attorney or counsel, and

17          that I am not financially interested in the

18          action.

19

20          [signature: Margaret M. Reihl]

21          -------------------------------------------------
            Margaret M. Reihl, RPR, CRR, CLR
22          CCR License #XI01497
            NCRA License #047425
23

24

25
```