UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

Defendants.

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND**

Defendants ViacomCBS Inc.,[1] 495 Productions Holdings LLC, and 495 Productions Services LLC respectfully request that the Court grant them an additional 14 days to oppose Plaintiffs' Motion to Set Aside the Judgment under Rule 60(b) (the "Motion," Dkt. 205).

That would make Defendants' response due on May 31, 2024.

[1] Effective February 16, 2022, ViacomCBS Inc. changed its name to Paramount Global.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(C), the undersigned hereby certifies that counsel for Defendants has conferred with Plaintiffs' counsel regarding this motion, and that Plaintiffs consent to the request made herein.

Respectfully submitted,

Date: May 9, 2024

By: */s/ Susan J. Kohlmann*

Susan J. Kohlmann (*Pro Hac Vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
skohlmann@jenner.com

Christine Davis (FL Bar #569372)
DAVIS APPEALS, PLLC
1400 Village Square Blvd.
Suite 3-181
Tallahassee, FL 32312
Tel: (850) 739-0448
cdavis@davisappeals.com

*Counsel for Defendants*