IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MGFB PROPERTIES, INC. et al.,

    Plaintiffs,

v.                                CASE NO. 5:19cv257-RH-MJF

VIACOMCBS INC. et al.,

    Defendants.

_____/

### ORDER EXTENDING THE DEADLINE
### TO RESPOND TO THE 60(b) MOTION

The defendants' unopposed motion, ECF No. 206, to extend the deadline to respond to the Federal Rule of Civil Procedure 60(b) motion is granted. The deadline is extended to May 31, 2024.

SO ORDERED on May 13, 2024.

                                        s/Robert L. Hinkle
                                        United States District Judge