UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

    Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

    Defendants.

### DECLARATION OF SUSAN J. KOHLMANN IN OPPOSITION TO PLAINTIFFS' MOTION TO SET ASIDE THE JUDGMENT UNDER RULE 60(b)

I, Susan J. Kohlmann, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner with the law firm of Jenner & Block LLP, counsel for Defendants ViacomCBS Inc., 495 Productions Holdings LLC, and 495 Productions Services LLC (collectively, "Defendants"). I am admitted *Pro Hac Vice* to practice before this Court. I submit this Declaration in opposition to Plaintiffs' motion to set aside the judgment pursuant to Fed. R. Civ. P. 60(b). The statements made in this Declaration are based on my personal knowledge and my review of and familiarity

with the record in this case. If called upon to testify as a witness, I would testify as to the following:

2. Submitted herewith as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) deposition of Jackie French, held on December 17, 2020.

3. Submitted herewith as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Jackie French, held on November 24, 2020.

4. Submitted herewith as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) deposition of Drew Tappon, held on October 14, 2020.

New York, New York
Dated: May 31, 2024

By: /s/ Susan J. Kohlmann
Susan J. Kohlmann (*Pro Hac Vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
Fax: (212) 891-1699
skohlmann@jenner.com