# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF FLORIDA
 2                      PANAMA CITY DIVISION
 3      -------------------------------
        MGFB PROPERTIES, INC., et al.,:CASE NO.
 4                                    :5:19cv257-RH-MJF
                 Plaintiffs,          :
 5      -vs-                          :
                                      :
 6      VIACOMCBS, INC., et al.,      :
                                      :
 7              Defendants.           :
        -------------------------------
 8
 9
                                - - -
10                        DECEMBER 17, 2020
                                - - -
11
12
13
14              Oral videotaped deposition of
15         JACKIE FRENCH 30(b)(6), taken via Zoom, at
16         the location of the witness, on the above
17         date, before Margaret M. Reihl, RPR, CCR,
18         CRR, and Notary Public, commencing at
19         10:03 a.m.
20
21
22
23            GOLKOW LITIGATION SERVICES
            877.370.3377  ph/917.591.5672 fax
24                   deps@golkow.com
25
```

```
 1                THE WITNESS:  Can you say that one
 2      more time?
 3   BY MR. PERKINS:
 4         Q.    Sure.
 5              Does Viacom have any policy or
 6   procedure -- excuse me -- for taking corrective
 7   actions once it determines that it may have
 8   committed trademark infringement?
 9         A.    I mean, I can't speak to exactly
10   what that policy would be or procedure would be
11   beyond saying that, you know, this would all be --
12   bless you -- this would all be discussion among
13   the lawyers in terms of assessing the issue and
14   then advising decision-makers.
15         Q.    So is it fair to say that Viacom
16   has no clear written or otherwise policy regarding
17   trademarks; that it is done on a case-by-case
18   basis with respect to the in-house lawyers?
19                MS. KOHLMANN:  Objection as to
20      form.  You can answer.
21                THE WITNESS:  Yeah, I mean,
22      personally, I don't know that there
23      exists, you know, in writing a policy or a
24      procedure that is followed step by step,
25      you know, in case of, you know, situation
```

```
 1         A, B or C that there are procedures that
 2         are followed.  I would say that, yes,
 3         generally, it's a case-by-case basis or
 4         there probably is some procedure that the
 5         lawyers know about that they follow that
 6         maybe I just don't know about.
 7   BY MR. PERKINS:
 8         Q.    Okay.  Well, you understand that
 9   you've just testified before that you've been
10   designated as the corporate representative
11   regarding topic 9, which is Viacom's policies and
12   procedures for investigating potential trademark
13   infringement, identifying potential or actual
14   confusion regarding any potential trademark
15   infringement and taking corrective actions upon
16   finding actual or potential trademark
17   infringement.
18         So in your capacity as a designated
19   representative for Viacom, does Viacom have any
20   such policy or procedure in writing or otherwise?
21              MS. KOHLMANN:  Objection.  Other
22         than she's already testified to, you can
23         answer.
24              THE WITNESS:  Yeah, I'm going to
25         say not that I'm aware of, beyond, you
```

```
 1              know, what I've -- what I've said about,
 2              you know, the legal -- the sort of legal
 3              process.
 4   BY MR. PERKINS:
 5         Q.   And the reason I asked the question
 6   again is because you qualified it now twice by
 7   saying, you know, not that I'm aware of or not
 8   personally, I don't know of it, but I want to make
 9   sure that that is your best testimony on behalf of
10   Viacom because you're not limiting to your
11   knowledge personally, but the knowledge of Viacom
12   as a whole.  So to the best of your understanding,
13   Viacom has no policy or procedure regarding the
14   topics that I've identified?
15         A.   That's correct, to the best of my
16   knowledge.
17         Q.   Okay.  And did you take steps in
18   your preparation to try and determine whether
19   there is any such policy or procedure, as I just
20   asked about, in Viacom?
21         A.   Well, we had -- yes, we had a
22   conversation with one of the lawyers, Katie, whose
23   name I can't think of.
24         Q.   Do you -- does Viacom consider
25   Floribama Shore to be a trademark?
```

```
 1                    MS. KOHLMANN:  Objection.  You can
 2          answer.
 3                    THE WITNESS:  We didn't cover that.
 4                    MS. KOHLMANN:  I think it's
 5          actually beyond the scope of your
 6          30(b)(6), but you can answer it.
 7                    THE WITNESS:  I don't know,
 8          honestly.
 9     BY MR. PERKINS:
10          Q.   Okay.  Does Viacom consider
11     Floribama, F-L-O-R-I-B-A-M-A to be a trademark?
12                    MS. KOHLMANN:  Same objection.  You
13          can answer.
14                    THE WITNESS:  I don't know.
15     BY MR. PERKINS:
16          Q.    Does Viacom consider Floribama or
17     Floribama Shore, spelled with an I, to be a brand?
18                    MS. KOHLMANN:  Same objection.  You
19          can answer.
20                    THE WITNESS:  I hesitate because
21          I'm defining brand in my head.  As a
22          marketing brand, I would say yes.  If
23          there's a legal definition of a brand,
24          then I don't know, but, you know, in terms
25          of in the marketing sense I would say yes.
```

```
 1                C E R T I F I C A T I O N
 2                     I, MARGARET M. REIHL, a
 3           Registered Professional Reporter,
 4           Certified Realtime Reporter, Certified
 5           Court Reporter, Certified LiveNote
 6           Reporter and Notary Public, do hereby
 7           certify that the foregoing is a true and
 8           accurate transcript of the testimony as
 9           taken stenographically, by and before me,
10           remotely, via Zoom, to the best of my
11           ability, and on the date hereinbefore set
12           forth.
13                     I DO FURTHER CERTIFY that I am
14           neither a relative nor employee nor
15           attorney nor counsel of any of the parties
16           to this action, and that I am neither a
17           relative nor employee of such attorney or
18           counsel, and that I am not financially
19           interested in the action.
20
21           _____
             Margaret M. Reihl, RPR, CRR, CLR
22
23           CCR License #XI01497
             NCRA License #047425
24
25
```