UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MGFB PROPERTIES, INC.,**
**FLORA-BAMA MANAGEMENT,**
**LLC, and**
**FLORA-BAMA OLD S.A.L.T.S.,**
**INC.,**

    Plaintiffs,

    *v.*

**VIACOMCBS INC.**, *et al.*,

    Defendants.

Case No. 5:19-cv-257-RH/MJF

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY

Plaintiffs seek leave, under Loc. R. 7.1(I), to file a short and targeted reply in support of their motion to reopen the action and responding to certain arguments raised by the Defendants.

Specifically, Plaintiffs intend to respond to these targeted points: (1) Defendants' assertions that Plaintiffs could have or should have done something else to preserve their rights, such as petitioning the Supreme Court; (2) Defendants' assertion that this motion is not timely; and (3) Defendants' new argument that "Floribama" is not used as a trademark or as a source identifier for their goods. Plaintiffs would also address Defendants' reading of *Jack Daniel's* and, importantly, the cases following it.

1

Plaintiffs do not concede that other parts of Defendants' memorandum are ultimately correct or meritorious, but believe that limited argument on these subjects would best aid the Court in determining their motion. Plaintiffs would limit their reply to no more than fifteen pages, if that.

The Court's consideration of this motion is appreciated.

Dated: June 3, 2024

Respectfully submitted,

/s/ William F. Cash III
William F. Cash III (FBN 68443)
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR AND MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: 850-435-7059
bcash@levinlaw.com
*Counsel for the Plaintiffs*

## CERTIFICATE UNDER LOC. R. 7.1(B)

The parties conferred on the relief sought on June 3, 2024. Defendants refused to consent to this motion.

                                                 /s/ William F. Cash III

## CERTIFICATE UNDER LOC. R. 7.1(F)

The total word count of this entire motion is 308 words and therefore this motion is within the word limit set by the Local Rules.

                                                 /s/ William F. Cash III