UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-CV-00257-RH-MJF

MGFB PROPERTIES, INC., FLORA-BAMA MANAGEMENT, LLC, and FLORA-BAMA OLD S.A.L.T.S., INC.,

    Plaintiffs,

vs.

VIACOMCBS INC., 495 PRODUCTIONS HOLDINGS LLC, and 495 PRODUCTIONS SERVICES LLC,

    Defendants.

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY

Defendants respectfully submit that Plaintiffs' motion for leave to file a reply should be denied. Plaintiffs have not attempted to demonstrate the existence of "extraordinary circumstances" warranting a reply brief. *See* Local Rule 7.1(I). The issues Plaintiffs propose to discuss in their reply brief could have been addressed, and for the most part already have been addressed, in Plaintiffs' opening brief. Further, even if the Court were to agree with Plaintiffs on those three issues, Plaintiffs would still have failed to identify any "extraordinary circumstances" in addition to a change in the law, as required to obtain relief under Rule 60(b)(6).

## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1

Pursuant to N.D. Fla. Local Rule 7.1, I hereby certify that this Memorandum of Law is in compliance with the Court's word limit. According to the word processing program used to prepare this memorandum, the total number of words in the memorandum, inclusive of headings, footnotes, and quotations, and exclusive of the case style, signature block, and any certificate of service is 100.

Date:   June 3, 2024

By:   */s/* Susan J. Kohlmann
Susan J. Kohlmann (*Pro Hac Vice*)
Rémi J.D. Jaffré (*Pro Hac Vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 891-1600
Fax: (212) 891-1699
skohlmann@jenner.com
rjaffre@jenner.com

Christine Davis (FL Bar #569372)
DAVIS APPEALS, PLLC
1400 Village Square Blvd.
Suite 3-181
Tallahassee, FL 32312
Tel:  (850) 739-0448
cdavis@davisappeals.com

*Counsel for Defendants*