IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MGFB PROPERTIES, INC. et al.,

    Plaintiffs,

v.                                      CASE NO. 5:19cv257-RH-MJF

VIACOMCBS INC. et al.,

    Defendants.

_____/

## ORDER ALLOWING A REPLY MEMORANDUM

The plaintiffs' motion, ECF No. 210, for leave to file a reply memorandum in support of their Federal Rule of Civil Procedure 60(b) motion is granted. The plaintiffs may file by June 14, 2024 a reply memorandum not exceeding 3,200 words.

SO ORDERED on June 4, 2024.

                                    s/Robert L. Hinkle
                                    United States District Judge